THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: April 10, 2014

Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  MARK S. KNOLL                    Case No. 05-37989 MDM
        TERESA S. KNOLL
                                         Chapter 7
              Debtors.

**AMENDED**
ORDER REOPENING CASE

On motion of the Interim Trustee to reopen the case to administer assets, and there being no objection to the motion,

IT IS HEREBY ordered that the above entitled case is reopened to administer assets.
##### 

```
Larry Liebzeit, Trustee
512 W. College Ave.
Appleton, WI 54911
Tel: 920-739-6307 Fax: 920-731-0007
Email: larry@blocklegalservice.com
```